**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: RICHARD CABRERA                                                       Case Number: 08-70305
789 KINGSTON LANE                 SSN-xxx-xx-2148
CRYSTAL LAKE, IL  60014

Case filed on:    2/5/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | CITIMORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PAUL M BACH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HAUSELMAN, RAPPIN & OLSWANG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RICHARD CABRERA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE INC | 53,990.38 | 45,000.00 | 0.00 | 0.00 |
| 004 | NUVELL CREDIT COMPANY LLC | 2,999.78 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 56,990.16 | 45,000.00 | 0.00 | 0.00 |
| 005 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FIRST MIDWEST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | JANET CABRERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE AUTO FINANCE | 9,132.51 | 913.25 | 0.00 | 0.00 |
|  | Total Unsecured | 9,132.51 | 913.25 | 0.00 | 0.00 |
|  | Grand Total: | 66,122.67 | 45,913.25 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008           By  /s/Heather M. Fagan